Susan J. Olson, SBN 152467
Andrea J. Kirkpatrick, SBN 229363
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs JOHN BONILLA as CHAIRMAN
and GIL CROSTHWAITE as CO-CHAIRMAN
of the BOARD OF TRUSTEES FOR THE PENSION
TRUST FUND FOR OPERATING ENGINEERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE PENSION TRUST FUND FOR OPERATING ENGINEERS,<br><br>Plaintiffs,<br><br>v.<br><br>CAROL LAVER, and DOES 1 – 50,<br><br>Defendants. | Case No.: C 05-01270 WHA<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

It is hereby requested by plaintiffs, JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE PENSION TRUST FUND FOR OPERATING ENGINEERS that the within action be dismissed without prejudice.

DATED: June 30, 2005

By /s/ Andrea J. Kirkpatrick
ANDREA J. KIRKPATRICK
Attorney for Plaintiffs

-1-
REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER; CASE NO. C 05-01270 WHA

**[PROPOSED] ORDER**

Pursuant to the aforesaid request, it is hereby ORDERED that this case be DISMISSED, WITHOUT PREJUDICE.  The Clerk shall clsoe the file.

Dated:  July 5, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

F:\CASES\600\604.0593 Boswell\Pleadings\REQUEST FOR DISMISSAL III & [PROPOSED] ORDER.doc

-2-
**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER; CASE NO. C 05-01270 WHA**